# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HERNANDEZ JR., PEDRO CRUZ | § | Case No. 11-29699 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

       Funds were disbursed in the following amounts:

       Payments made under an interim disbursement
       Administrative expenses
       Bank service fees
       Other payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor
       Other payments to the debtor

       Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Roy Safanda_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 11-29699 MB Judge: Manuel Barbosa | |
| Case Name: | HERNANDEZ JR., PEDRO CRUZ | |
| For Period Ending: | 01/18/13 | |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Date Filed (f) or Converted (c): | 07/20/11 (f) |
| 341(a) Meeting Date: | 08/22/11 |
| Claims Bar Date: | 12/30/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6767 Round Lake Rd, Mt. Dora, FL 32757 | 400,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. 2143 Tealwood Circle, Tavares, Florida 32778 (SURR | 100,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. Bank of America checking account | 918.00 | 0.00 | | 0.00 | 0.00 |
| 4. Bank of America savings account | 720.00 | 0.00 | | 0.00 | 0.00 |
| 5. Household goods; table, chairs, lamps, bedroom se | 500.00 | 0.00 | | 0.00 | 0.00 |
| 6. Books, Compact Discs, Tapes/Records, Family Pictur | 50.00 | 0.00 | | 0.00 | 0.00 |
| 7. Necessary wearing apparel. | 50.00 | 0.00 | | 0.00 | 0.00 |
| 8. Earrings, watch, costume jewelry | 75.00 | 0.00 | | 0.00 | FA |
| 9. Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10. Debtor sold his 30% Interest in "Meadowland Guest | 30,000.00 | 19,763.00 | | 18,000.00 | 1,763.00 |
| 11. 2001 Toyota RAV4 (Over 142,000 miles), joint with | 2,200.00 | 2,200.00 | | 0.00 | 2,200.00 |
| 12. 1975 Mercedes SL450 (Over 130,000 miles) | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $537,513.00 | $21,963.00 | | $18,000.00 | Gross Value of Remaining Assets $3,963.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/01/13    Current Projected Date of Final Report (TFR): 06/01/13

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                         Ver: 17.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 11-29699 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | HERNANDEZ JR., PEDRO CRUZ | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******5683 Checking Account |
| Taxpayer ID No: | *******1263 | | |
| For Period Ending: | 01/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/03/13 | | Trsf In From Capital One | INITIAL WIRE TRANSFER IN | 9999-000 | 18,000.00 | | 18,000.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 18,000.00 | 0.00 | 18,000.00 |
| Less: Bank Transfers/CD's | 18,000.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals    18,000.00    0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-29699 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | HERNANDEZ JR., PEDRO CRUZ | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7552  Checking Account |
| Taxpayer ID No: | *******1263 | | |
| For Period Ending: | 01/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/13/12 | 10 | Charito H. Dino<br>Ramon L. Dino<br>6767 Roundlake Rd.<br>Mt. Dora, FL  32757 | Proceeds from Sale of Business | 1129-000 | 2,000.00 | | 2,000.00 |
| 02/17/12 | 10 | Charito H. Dino<br>Ramon L. Dino<br>6767 Roundlake Rd.<br>Mt. Dora, FL  32757 | Proceeds from Sale of Business | 1129-000 | 4,000.00 | | 6,000.00 |
| 04/11/12 | 10 | Keith J. Hernandez<br>2143 Tealwood Cir.<br>Tavares, FL  32778-9358 | Proceeds from Sale of Business | 1129-000 | 4,000.00 | | 10,000.00 |
| 05/17/12 | 10 | Keith J. Hernandez<br>2143 Tealwood Cir.<br>Tavares, FL  32778-9358 | Proceeds from Sale of Business | 1129-000 | 2,000.00 | | 12,000.00 |
| 06/11/12 | 10 | Keith J. Hernandez<br>2143 Tealwood Circle<br>Tavares, FL  32778-9358 | Proceeds from Sale of Business | 1129-000 | 2,000.00 | | 14,000.00 |
| 10/26/12 | 10 | Chaito H. Dino<br>Ramon L. Dino<br>6767 Roundlake Rd.<br>Mount Dora, FL  32757 | Proceeds Sale of Business | 1129-000 | 4,000.00 | | 18,000.00 |
| 01/03/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 18,000.00 | 0.00 |

Page Subtotals      18,000.00      18,000.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 11-29699 -MB | | Trustee Name: | Roy Safanda |
| Case Name: | HERNANDEZ JR., PEDRO CRUZ | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7552  Checking Account |
| Taxpayer ID No: | *******1263 | | | |
| For Period Ending: | 01/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 18,000.00 | 18,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 18,000.00 | |
| Subtotal | 18,000.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 18,000.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********5683 | 0.00 | 0.00 | 18,000.00 |
| Checking Account - ********7552 | 18,000.00 | 0.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 18,000.00 | 0.00 | 18,000.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 18, 2013 |
|---|---|---|---|---|---|---|

Case Number: 11-29699  
Debtor Name: HERNANDEZ JR., PEDRO CRUZ

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Capital One, N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, Tx 75374 | Unsecured | | $1,490.16 | $0.00 | $1,490.16 |
| 000002<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $26,169.88 | $0.00 | $26,169.88 |
| 000003<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $16,699.93 | $0.00 | $16,699.93 |
| | Case Totals: | | | $44,359.97 | $0.00 | $44,359.97 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-29699
Case Name: HERNANDEZ JR., PEDRO CRUZ
Trustee Name: Roy Safanda

Balance on hand                                                                 $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ | $ | $ |
| Trustee Expenses: Roy Safanda | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses         $_____

Remaining Balance                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

Document      Page 9 of 10

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | $ | $ | $ |
| 000002 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ | $ | $ |
| 000003 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                              $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE