UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                              §
                                    §
HERNANDEZ JR., PEDRO CRUZ           §       Case No. 11-29699
                                    §
           Debtor(s)                §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
               US Courthouse
               Bankruptcy Clerk
               Assignment Desk, Rm 710
               219 S. Dearborn St.
               Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/21/2013 in Courtroom 240,
               US Courthouse
               100 S. 3rd St.
               Geneva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/16/2013                By: _____

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
HERNANDEZ JR., PEDRO CRUZ § Case No. 11-29699
 §
 Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 18,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 18,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ 2,550.00 | $ 0.00 | $ 2,550.00 |
| Trustee Expenses: Roy Safanda | $ 68.00 | $ 0.00 | $ 68.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,618.00 |
| Remaining Balance | $ 15,382.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,359.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | $ 1,490.16 | $ 0.00 | $ 516.72 |
| 000002 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 26,169.88 | $ 0.00 | $ 9,074.51 |
| 000003 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ 16,699.93 | $ 0.00 | $ 5,790.77 |

Total to be paid to timely general unsecured creditors   $ 15,382.00

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Roy Safanda
Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-29699-CAD
Pedro Cruz Hernandez                                                Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: acox              Page 1 of 3              Date Rcvd: Feb 19, 2013
                              Form ID: pdf006         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2013.
```
db         +Pedro Cruz Hernandez, Jr.,    1525 Yellowstone Dr,    Streamwood, IL 60107-3394
aty        +Safanda Law Firm,    111 East Side Drive,   Geneva, IL 60134-2402
17562622   +American Express,    Attn: Bankruptcy Dept.,   9111 Duke Blvd,    Mason, OH 45040-8999
17562625   +Blmdsnb,    Attn: Bankruptcy Dept.,   9111 Duke Blvd,    Mason, OH 45040-8999
17562628  ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    Attn: Bankruptcy Dept.,   Po Box 85520,
              Richmond, VA 23285)
17939576    Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
              Charlotte, NC 28272-1083
17919884   +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,Tx 75374-0933
17562629   +Chase,    Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington, DE 19850-5298
17933615    Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
17562618   +Equifax,    Attn: Bankruptcy Dept.,   PO Box 740241,    Atlanta, GA 30374-0241
17562617  #++Everhome Mortgage CO,    Attn: Bankruptcy Dept.,   8100 Nations Way,    Jacksonville, FL 32256-4405
17562619   +Experian,    Attn: Bankruptcy Dept.,   PO Box 2002,    Allen, TX 75013-2002
17562634   +Foxborough of Lake Co HOA,    Attn: Bankruptcy Dept.,    2180 W Sr434,   Ste 5000,
              Wheaton, IL 32779-5042
17562627   +HSBC Bank,    Attn: Bankruptcy Dept.,   Po Box 5253,    Carol Stream, IL 60197-5253
17562626   +HSBC/Saks,    Attn: Bankruptcy Dept.,   140 W Industrial Dr,    Elmhurst, IL 60126-1602
17562621   +Macys,    Attn: Bankruptcy Dept.,   9111 Duke Blvd,    Mason, OH 45040-8999
17562620   +Transunion,    Attn: Bankruptcy Dept.,   PO Box 1000,    Chester, PA 19016-1000
17562633  ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
             ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Home Mortgage,    Bankruptcy Dept,   8480 Stagecoach Cir,
              Frederick, MD 21701)
17562632    Washington Mutual,    Bankruptcy Dept.,   PO Box 44118,   Jacksonville, FL 32231-4118
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17562624   +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 20 2013 04:21:24      Kohls/Chase,
              Attn: Bankruptcy Dept.,   N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                             TOTAL: 1
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17562623*   +American Express,    Attn: Bankruptcy Dept.,   9111 Duke Blvd,    Mason, OH 45040-8999
17562631  ##+TD Bank/Riverside National,    Attn: Bankruptcy Dept.,    2810 S Federal Hwy,
              Fort Pierce, FL 34982-6331
17562630  ##+TD Bank/Riverside Natl,    Attn: Bankruptcy Dept.,    2810 S Federal Hwy,
              Fort Pierce, FL 34982-6331
                                                                                TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: acox              Page 2 of 3            Date Rcvd: Feb 19, 2013
                              Form ID: pdf006         Total Noticed: 20
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 21, 2013**              **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: acox                  Page 3 of 3                  Date Rcvd: Feb 19, 2013
                              Form ID: pdf006             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2013 at the address(es) listed below:
```
              Carl F Safanda    on behalf of Trustee Roy  Safanda csafanda@xnet.com
              Mark E Levine    on behalf of Debtor Pedro Cruz Hernandez, Jr. ndil@geracilaw.com
              Nathan E Curtis    on behalf of Debtor Pedro Cruz Hernandez, Jr. ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Roy  Safanda    on behalf of Trustee Roy  Safanda rsafanda@xnet.com, rsafanda@ecf.epiqsystems.com
              Roy  Safanda    rsafanda@xnet.com, rsafanda@ecf.epiqsystems.com
              Roy  Safanda, Esq   on behalf of Trustee Roy  Safanda rsafanda@xnet.com
                                                                                             TOTAL: 7
```