UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| HERNANDEZ JR., PEDRO CRUZ | § | Case No. 11-29699 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　　Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

　　　　3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Roy Safanda _____
                                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Everhome Mortgage CO Attn: Bankruptcy Dept. 8100 Nations Way Jacksonville FL 32256 |  |  |  |  |  |
| 2 | Foxborough of Lake Co HOA Attn: Bankruptcy Dept. 2180 W Sr434 Ste 5000 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3 Wells Fargo Home Mortgage Bankruptcy Dept 8480 Stagecoach Cir Frederick MD 21701 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA | | | | | |
| ROY SAFANDA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | | | | |
| 10 | Kohls/Chase Attn: Bankruptcy Dept. N56 W 17000 Ridgewood Dr Menomonee Falls WI 53051 | | | | | |
| 11 | Macys Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | | | | |
| 12 | TD Bank/Riverside National Attn: Bankruptcy Dept. 2810 S Federal Hwy Fort Pierce FL 34982 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 13 TD Bank/Riverside Natl Attn: Bankruptcy Dept. 2810 S Federal Hwy Fort Pierce FL 34982 | | | | | |
| | 14 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 15 Washington Mutual Bankruptcy Dept. PO Box 44118 Jacksonville FL 32231-4118 | | | | | |
| | 2 American Express Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | | | | |
| | 3 Blmdsnb Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | | | | |
| | 6 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 7 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 8 HSBC Bank Attn: Bankruptcy Dept. Po Box 5253 Carol Stream IL 60197 | | | | | |
| | 9 HSBC/Saks Attn: Bankruptcy Dept. 140 W Industrial Dr Elmhurst IL 60126 | | | | | |
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000001 | CAPITAL ONE,N.A | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 11-29699 | MB | Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
|---|---|---|---|---|---|
| Case Name: | HERNANDEZ JR., PEDRO CRUZ | | | Date Filed (f) or Converted (c): | 07/20/11 (f) |
| | | | | 341(a) Meeting Date: | 08/22/11 |
| For Period Ending: | 08/17/13 | | | Claims Bar Date: | 12/30/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6767 Round Lake Rd, Mt. Dora, FL 32757 | 400,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. 2143 Tealwood Circle, Tavares, Florida 32778 (SURR | 100,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. Bank of America checking account | 918.00 | 0.00 | | 0.00 | 0.00 |
| 4. Bank of America savings account | 720.00 | 0.00 | | 0.00 | 0.00 |
| 5. Household goods; table, chairs, lamps, bedroom se | 500.00 | 0.00 | | 0.00 | 0.00 |
| 6. Books, Compact Discs, Tapes/Records, Family Pictur | 50.00 | 0.00 | | 0.00 | 0.00 |
| 7. Necessary wearing apparel. | 50.00 | 0.00 | | 0.00 | 0.00 |
| 8. Earrings, watch, costume jewelry | 75.00 | 0.00 | | 0.00 | FA |
| 9. Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10. Debtor sold his 30% Interest in "Meadowland Guest | 30,000.00 | 19,763.00 | | 18,000.00 | 1,763.00 |
| 11. 2001 Toyota RAV4 (Over 142,000 miles), joint with | 2,200.00 | 2,200.00 | | 0.00 | 2,200.00 |
| 12. 1975 Mercedes SL450 (Over 130,000 miles) | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $537,513.00 | $21,963.00 | | $18,000.00 | $3,963.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/01/13    Current Projected Date of Final Report (TFR): 06/01/13

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.02d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-29699 -MB | Trustee Name: | Roy Safanda |
| Case Name: | HERNANDEZ JR., PEDRO CRUZ | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******5683  Checking Account |
| Taxpayer ID No: | *******1263 | | |
| For Period Ending: | 08/17/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/03/13 | | Trsf In From Capital One | INITIAL WIRE TRANSFER IN | 9999-000 | 18,000.00 | | 18,000.00 |
| 03/30/13 | 010001 | Roy Safanda<br>111 East Side Drive<br>Geneva, IL  60134 | Chapter 7 Compensation/Expense | | | 2,618.00 | 15,382.00 |
| | | | Fees        2,550.00 | 2100-000 | | | |
| | | | Expenses        68.00 | 2200-000 | | | |
| 03/30/13 | 010002 | Capital One,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000001, Payment 34.67547% | 7100-000 | | 516.72 | 14,865.28 |
| 03/30/13 | 010003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 34.67540% | 7100-000 | | 9,074.51 | 5,790.77 |
| 03/30/13 | 010004 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000003, Payment 34.67541% | 7100-000 | | 5,790.77 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 18,000.00 | 18,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 18,000.00 | 0.00 | |
| Subtotal | 0.00 | 18,000.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 18,000.00 | |

Page Subtotals    18,000.00    18,000.00

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 9)

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-29699 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | HERNANDEZ JR., PEDRO CRUZ | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7552 Checking Account |
| Taxpayer ID No: | *******1263 | | |
| For Period Ending: | 08/17/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/13/12 | 10 | Charito H. Dino<br>Ramon L. Dino<br>6767 Roundlake Rd.<br>Mt. Dora, FL 32757 | Proceeds from Sale of Business | 1129-000 | 2,000.00 | | 2,000.00 |
| 02/17/12 | 10 | Charito H. Dino<br>Ramon L. Dino<br>6767 Roundlake Rd.<br>Mt. Dora, FL 32757 | Proceeds from Sale of Business | 1129-000 | 4,000.00 | | 6,000.00 |
| 04/11/12 | 10 | Keith J. Hernandez<br>2143 Tealwood Cir.<br>Tavares, FL 32778-9358 | Proceeds from Sale of Business | 1129-000 | 4,000.00 | | 10,000.00 |
| 05/17/12 | 10 | Keith J. Hernandez<br>2143 Tealwood Cir.<br>Tavares, FL 32778-9358 | Proceeds from Sale of Business | 1129-000 | 2,000.00 | | 12,000.00 |
| 06/11/12 | 10 | Keith J. Hernandez<br>2143 Tealwood Circle<br>Tavares, FL 32778-9358 | Proceeds from Sale of Business | 1129-000 | 2,000.00 | | 14,000.00 |
| 10/26/12 | 10 | Chaito H. Dino<br>Ramon L. Dino<br>6767 Roundlake Rd.<br>Mount Dora, FL 32757 | Proceeds Sale of Business | 1129-000 | 4,000.00 | | 18,000.00 |
| 01/03/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 18,000.00 | 0.00 |

Page Subtotals        18,000.00        18,000.00

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-29699 -MB | | Trustee Name: | Roy Safanda |
| Case Name: | HERNANDEZ JR., PEDRO CRUZ | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7552 Checking Account |
| Taxpayer ID No: | *******1263 | | | |
| For Period Ending: | 08/17/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  | Deposits | Disbursements | Balance |
|---|---|---|---|---|
| COLUMN TOTALS | | 18,000.00 | 18,000.00 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 18,000.00 | |
| Subtotal | | 18,000.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 18,000.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********5683 | 0.00 | 18,000.00 | 0.00 |
| Checking Account - ********7552 | 18,000.00 | 0.00 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 18,000.00 | 18,000.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 17.02d